# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| B.J.P., | ) | Civil Action No.   1:22-2840-RMG-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The South Carolina Department of Corrections (SCDC), by and through Its Director, Bryan P. Stirling; and SCDC Director Bryan P. Stirling, in his Individual and Official Capacities; SCDC Dep. Dir. Dennis Patterson, in his Individual and Official Capacities; SCDC Asst. Dir. Joel Anderson, in his Individual and Official Capacities; Warden LeVern Cohen, Ridgeland Correctional Institution, in his Official and Personal Capacities; Assoc. Warden Consonya Washington, Ridgeland Correctional Institution, in her Official and Personal Capacities; Assoc. Warden Aubray Bailey, Ridgeland Correctional Institution, in his Official and Personal Capacities; and Major John Wiggins, Ridgeland Correctional Institution, in his Official and Personal Capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, MAJOR JOHN WIGGINS** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Anthony Ibarra, of the McKay Firm, P.A. respectfully files this Appearance of Counsel in the above matter on behalf of the Defendant Major John Wiggins, in conjunction with Janet Brooks Holmes of the McKay Firm, P.A. who already has made her Appearance on behalf of the Defendant. Anthony Ibarra, certifies that he is admitted to practice in this Court.

SIGNATURE ON THE FOLLOWING PAGE

/s/ *Anthony Ibarra*
Janet Brooks Holmes (Fed. ID No. 4822)
Anthony Ibarra, (Federal ID No.: 12978)
The McKay Firm, P.A.
3700 Forest Drive, Suite 404 (29204)
P.O. Box 7217
Columbia, SC 29202
(803) 256-4645
***Attorney for Defendant Major John Wiggins***

April 11, 2023
Columbia, South Carolina